IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JASON M. OSBORN,

       Appellant,

v.

       Case No. 5D21-659
       LT Case No. 2013-CF-000247-A

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed January 31, 2023

3.850 Appeal from the Circuit Court
for Citrus County,
Mark J. Yerman, Judge.

Jason M. Osborn, Raiford, pro se.

Ashley Moody, Attorney General, Tallahassee, and Allison Leigh Morris, Assistant Attorney General, Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


EVANDER, WALLIS and EISNAUGLE, JJ., concur.